PROB 12C
(7/93)

Report Date: April 2, 2014

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 03 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

2:12CR-2060-LRS

Name of Offender: Clifford Joe Robinson          Case Number: 0980

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: May 9, 2013

| | | |
|---|---|---|
| Original Offense: | Misprision of a Felony, 18 U.S.C. § 4 | |
| Original Sentence: | Prison: 24 months<br>TSR: 1 year | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: October 28, 2013 |
| Defense Attorney: | Amanda Stevens | Date Supervision Expires: October 27, 2014 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number          Nature of Noncompliance

1          **Special Condition # 21**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Robinson tested positive for marijuana on January 23, 2014.

Mr. Robinson had previously tested positive for the use of marijuana on December 6, 2013. Mr. Robinson was advised as long as the tetrahydrocannabinol (THCA), the primary metabolite for marijuana level, was reduced, future positive tests would not be submitted as a violation. However, according to the interpretations from Alere Toxicology Services, it was their opinion the January 23, 2014, test, far exceeded the level of THCA detections of where it should be, had the defendant discontinued the use of marijuana.

2          **Special Condition # 21**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Prob12C
Re: Robinson, Clifford Joe
April 2, 2014
Page 2

**Supporting Evidence**: Mr. Robinson tested presumptive positive for marijuana on March 27, 2014.

Mr. Robinson was confronted regarding the marijuana use on March 27, 2014, to which he adamantly denied using the substance. The specimen was sent to Alere Toxicology Services for confirmation.

3      **Special Condition # 20**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Robinson failed to attend his drug and alcohol group session at Merit Resource Services on March 31, 2014.

4      **Mandatory Condition # 6**: If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

**Supporting Evidence**: Mr. Robinson has failed to make a payment towards his financial obligation as of April 1, 2014.

On October 29, 2013, Mr. Robinson signed a payment agreement to pay his financial obligation in full by November 2013. However he failed to make a payment per the agreement. On January 9, 2014, the defendant signed another agreement to start making payments in the amount of $125 per month starting this same month. Mr. Robinson has yet to make a payment as of April 1, 2014.

Prob12C
Re: Robinson, Clifford Joe
April 2, 2014
Page 3

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 2, 2014

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

### THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

4/3/14
Date