PROB 12C
(7/93)

Report Date: August 8, 2014

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 08 2014

SEAN F. McAVOY, CLERK
                    DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Clifford Joe Robinson          Case Number: 0980 2:12CR02060-LRS-1

Address of Offender: ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original: May 9, 2013

Original Offense:        Misprision of a Felony, 18 U.S.C. § 4

Original Sentence:       Prison: 24 months           Type of Supervision: Supervised Release
                         TSR: 1 year

Asst. U.S. Attorney:     Thomas J. Hanlon            Date Supervision Commenced: October 28, 2013

Defense Attorney:        Rick Hoffman                Date Supervision Expires: October 27, 2014

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on April 2, 2014.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #21**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Robinson failed to submit to a random urinalysis testing at Merit Resource Services (Merit) on July 22, and August 6, 2014. |
| 6 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: Mr. Robinson failed to submit to a urinalysis testing, as directed on July 23, 2014. |
| | On July 23, 2014, Mr. Robinson was instructed by his probation officer to submit to a urinalysis test at Merit but failed to do so, as instructed. |

Prob12C
Re: Robinson, Clifford Joe
August 8, 2014
Page 2

| | | |
|---|---|---|
| | 7 | **Special Condition #21**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Robinson tested positive for marijuana and cocaine on July 24, 2014.

On July 24, 2014, Mr. Robinson submitted a urine specimen, which returned positive for marijuana and cocaine. The positive drug test was confirmed by Alere Toxicology Services, Incorporated. Mr. Robinson admitted to the illegal drug of marijuana but denied consuming cocaine.

8   **Standard Condition #6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: Mr. Robinson failed to notify his probation officer prior to any change to his employment as of August 7, 2014.

According to the orchard manager at Lombard Orchard and Fruit, Mr. Robinson stopped showing up for work as of July 27, 2014.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 8, 2014

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Other

Signature of Judicial Officer

8-8-14
Date